IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE A CORTES CUEVAS

    Debtor(s)

BANCO POPULAR PR

    Movant

JOSE A CORTES CUEVAS
JOSE RAMON CARRION MORALES ,TRUSTEE
JOSE A CORTES CUEVAS

    Respondent(s)

CASE NO. 10-09124 ESL
Chapter 13

FILED & ENTERED ON 08/15/2011

## ORDER

Upon respondent's failure to timely reply and oppose the motion for relief of stay filed by BANCO POPULAR PR, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4001-1(e), it is now,

ORDERED that the motion for relief of stay filed by BANCO POPULAR PR, docket entry #37, be and is hereby granted by default, provided the debtor(s) is/are not covered by the Servicemember Civil Relief Act of 2003, Pub. L. No. 108-189, 177 Stat. 2835 (2003).

SO ORDERED.

San Juan, Puerto Rico, this 15 day of August, 2011.

*Enrique S. Lamoutte Inclan*
U. S. Bankruptcy Judge

CC: DEBTOR(S)
    MARILYN VALDES ORTEGA
    JOSE RAMON CARRION MORALES
    BANCO POPULAR PR